433 A.2d 544

Commonwealth v. Previte, Appellant.

Petition for Allowance of Appeal Denied July 17, 1981.

578

Submitted November 14, 1980. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.